UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Case No. _:18-cv-____

| | |
|---|---|
| IRENE WARREN KENT, Administratrix of the Estate of Michele Quantele Smiley<br><br>Plaintiff,<br><br>vs.<br><br>VAN DUNCAN, in his official capacity as Sheriff of Buncombe County; WESTERN SURETY COMPANY, as surety for the Sheriff; CHARLES J. WILHELM, individually and in his official capacity; EDWARD F. PARKER, individually and in his official capacity; MEGHAN T. RIDDLE, individually and in her official capacity; RYAN P. ZABLOUDIL, individually and in his official capacity; MATTHEW C. CORN, individually and in his official capacity; ETHAN GIBBS, individually and in his official capacity; JOHN DOE #1, individually and in his official capacity; and JOHN DOE #2, individually and in his official capacity; TINA COX MILLER, LPN; and SOUTHEAST CORRECTIONAL MEDICAL GROUP, PLLC,<br><br>Defendants. | **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(a) [Federal Question]** |

PLEASE TAKE NOTICE that Defendants Van Duncan, Sheriff of Buncombe County, Western Surety Company, as surety for the Sheriff, Charles J. Wilhelm in his official and individual capacity, Edward F. Parker in his official and individual capacity, Meghan T. Riddle in her official and individual capacity,

Ryan P. Zabloudil in his official and individual capacity, Matthew C. Corn in his official and individual capacity, Ethan Gibbs in his official and individual capacity, and Southeast Correctional Medical Group, PLLC, hereby remove to this Court the state court action described below.

    1.    On October 3, 2018, a Complaint was filed in Buncombe County Superior Court titled *Irene Warren Kent, Administratrix of the Estate of Michele Quantele Smiley Plaintiff vs. VAN DUNCAN, in his official capacity as Sheriff of Buncombe County; WESTERN SURETY COMPANY, as surety for the Sheriff; CHARLES J. WILHELM, individually and in his official capacity; EDWARD F. PARKER, individually and in his official capacity; MEGHAN T. RIDDLE, individually and in her official capacity; RYAN P. ZABLOUDIL, individually and in his official capacity; MATTHEW C. CORN, individually and in his official capacity; ETHAN GIBBS, individually and in his official capacity; JOHN DOE #1, individually and in his official capacity; and JOHN DOE #2, individually and in his official capacity; TINA COX MILLER, LPN; and SOUTHEAST CORRECTIONAL MEDICAL GROUP, PLLC*, Case No. 18 CV 04471. Copies of the Summons, Complaint, and exhibits 1, 2 and 3 to the Complaint are collectively attached as Exhibit "A." These

constitute the only documents filed in the action of which defendants are aware.

2. All Defendants, except Tina Cox Miller who has not been served with a summons and complaint, join in this notice of removal.

3. This action includes two claims for relief under 42 U.S.C. §1983, over which this Court has original jurisdiction under the provisions of Title 28, United States Code §1331, and is one which may be removed to this Court pursuant to 28 U.S.C. §1441(a) and (c).

4. A copy of this Notice for Removal, in conjunction with a Notice of Filing of Notice for Removal, will be filed with the Clerk of Court for Superior Court of Buncombe County, North Carolina and served on the Plaintiff's counsel.

Respectfully submitted, this the 2nd day of November, 2018.

                                                    s/Sean F. Perrin
N.C. State Bar No. 22253
Womble Bond Dickinson (US) LLP
301 S. College Street, Ste. 3500
Charlotte, North Carolina 28202
(704) 331-4992
(704) 338-7814 Fax
Sean.perrin@wbd-us.com
*Attorney for Defendants Van Duncan as Sheriff of Buncombe County, Edward Parker in his official capacity, Meghan T. Riddle in her official capacity, Ryan P. Zabloudil, individually and in his official capacity, Matthew C. Corn, individually and in his official capacity.*

                                                    s/Patrick Flanagan
N.C. State Bar No. 17407
Cranfill Sumner & Hartzog LLP
2907 Providence Road, Suite 200
Charlotte, North Carolina 28211
(704) 940-3419
(704) 831-5522 Fax
phf@cshlaw.com
*Attorney for Southeast Correctional Medical Group, PLLC.*

s/Thomas J. Doughton
N.C. State Bar No. 16611
Doughton Blancato PLLC
500 W. 4th Street
Suite 203-A
Winston-Salem, NC 27101
(336) 725-9416
(336) 725-5129 Fax
td@drbattorneys.com
*Attorney for Defendant Charles J. Wilhelm, in his individual and official capacity*

# CERTIFICATE OF SERVICE

This is to certify that on November 2, 2018, a copy of the foregoing **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441(b) [Federal Question]** was electronically filed with the Clerk of Court using CM/ECF system, and the undersigned sent a copy via United States Mail to:


George B. Hyler, Jr.
N.C. State Bar No.: 5682
Stephen P. Agan
N.C. Bar No. 35763
Hyler & Lopez, P.A.
38 Orange Street
Asheville, NC 28801
Phone: 828-254-1070
*Attorneys for Plaintiff*

John M. Olesiuk
NC Bar No. 13637
B. Todd Lentz
NC Bar No. 27941
DeVere Lentz & Associates
17 N. Market Street
Asheville, NC 28801
Phone: 828-258-1441
*Attorneys for Plaintiff*

                                                        s/Sean F. Perrin