| | | |
|---|---|---|
| IRENE WARREN KENT, Administratrix of the Estate of Michele Quantele Smiley | ) ) ) | |
| *Plaintiff*, | ) ) | |
| v. | ) ) | **ANSWER OF** |
| | ) | **DEFENDANT CHARLES J. WILHELM to the** |
| VAN DUNCAN, in his official capacity as | ) | **SECOND AMENDED COMPLAINT** |
| Sheriff of Buncombe County; WESTERN | ) | |
| SURETY COMPANY, as surety for the | ) | |
| Sheriff; CHARLES J.WILHELM, in his | ) | |
| official and individual capacity; EDWARD F. | ) | |
| PARKER, in his official and individual | ) | |
| capacity; MEGHAN T. RIDDLE, in her | ) | |
| official and individual capacity; JOHN DOE | ) | |
| #1, in his official and individual capacity; | ) | |
| JOHN DOE #2, in his official and individual | ) | |
| capacity ; JOHN DOE # 3, in his official and | ) | |
| individual capacity; TINA COX MILLER, | ) | |
| LPN; and SOUTHEAST CORRECTIONAL | ) | |
| MEDICAL GROUP,PLLC, and et al, | | |
| *Defendants*. | | |

NOW COMES Defendant Charles J Wilhelm (hereinafter "Wilhelm"), by and through his undersigned attorney, and states as follows for his Answer and defenses in this matter:

## FIRST DEFENSE

Plaintiff's Complaint fails to state a claim against Defendant Wilhelm upon which relief can be granted and should be dismissed pursuant to Rule 12(b)(6) of the North Carolina Federal Rules of Civil Procedure.

## SECOND DEFENSE

Defendant Wilhelm is entitled to qualified immunity for the claims asserted by Plaintiff.

## THIRD DEFENSE

Plaintiff's damages may be proximately caused or contributed to by the conduct of someone other than Defendant Wilhelm, and Plaintiff's claims should be barred or reduced to the extent of such conduct.

## FORTH DEFENSE

Defendant Wilhelm's actions were not a proximate cause of any injury or damage to Plaintiff.

## FIFTH DEFENSE

Plaintiff's claims are barred by the doctrines of estoppel and waiver.

## SIXTH DEFENSE

Plaintiff's claims are barred on the grounds that any injuries, death or damages Ms. Smiley suffered were proximately caused by her own actions.

## SEVENTH DEFENSE

Plaintiff's claims against Defendant Wilhelm are barred by the doctrines of sovereign immunity, absolute immunity, governmental immunity and/or public official immunity.

## EIGHTH DEFENSE

At all times relevant to the Complaint, Defendant Wilhelm acted in good faith and with a reasonable belief that his actions were lawful.

## NINETH DEFENSE

Any claim for punitive damages against Defendant Wilhelm in this case is barred and/or limited by the Constitution of the United States and the Constitution of North Carolina and does not meet the statutory standards for 42 U.S.C. § 1983. Further, Defendant Wilhelm raises all

defenses, rights, remedies, immunities and limits set out in N.C. Gen. Stat. § 1D, *et. seq.*, as affirmative defenses in bar or limitation of Plaintiff's right to recover punitive damages herein.

## TENTH DEFENSE

Michele Quantele Smiley was contributory negligent in that she took illegal drugs that caused her to overdose and her own contributory negligence is pled as bar to any recovery by the Plaintiff.

## ELEVENTH DEFENSE AND ANSWER

Subject to and with a full reservation of the defenses set forth herein, Defendant Wilhelm responds to the correspondingly numbered paragraphs of Plaintiff's Complaint as follows:

### PARTIES & JURISDICTION

1. Admitted upon information and belief.

2. It is admitted the Defendant Van Duncan was the elected Sheriff of Buncombe County. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in this paragraph; therefore, they are denied.

3. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

4. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

5. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

6. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

7. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

8. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

9. It is admitted that Defendant Wilhelm was employed by Sheriff Duncan and he was on duty for portion of the day on October 6, 2017. The remaining allegations are denied

10. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

11. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

12. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

13. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

14. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

15. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

16. Denied as to Defendant Wilhelm. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in this paragraph; therefore, they are denied.

17. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

18. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

19. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

20. It is admitted that Plaintiff's Exhibit 1 speaks for itself.

21. It is admitted that Plaintiff's Exhibit 2 speaks for itself.

22. It is admitted that Plaintiff's Exhibit 3 speaks for itself.

23. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

24. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

25. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

26. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

27. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

28. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

<u>FACTS</u>

29. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

30. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

31. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

32. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

33. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

34. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

35. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

36. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

37. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

38. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

39. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

40. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

41. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

42. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

43. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

44. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

45. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

46. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

47. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

48. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

49. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

50. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

51. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

52. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

53. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

54. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

55. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

56. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

57. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

58. It is admitted that Plaintiff's exhibit 4 speaks for itself.

59. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

60. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

61. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

62. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

63. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

64. It is admitted that Plaintiff's Exhibit 5 speaks for itself.

65. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

66. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

67. Admitted that Plaintiff's Exhibit 6 speaks for itself.

68. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

69. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

70. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

71. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied

72. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

73. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

74. Admitted that Plaintiff's Exhibit 7 speaks for itself.

75. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

76. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

77. Admitted that Plaintiff's Exhibit 8 speaks for itself.

78. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

79. Admitted that Plaintiff's Exhibit 9 speaks for itself.

80. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

81. Admitted that Plaintiff's Exhibit 10 speaks for itself.

82. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

83. Admitted that Plaintiff's Exhibit 11 speaks for itself.

84. Denied as to Defendant Wilhelm. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in this paragraph; therefore, they are denied.

85. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

86. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

87. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

88. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

89. Admitted that Plaintiff's Exhibit 12 speaks for itself.

90. Defendant Wilhelm repleads the responses to the prior paragraphs of the Amended Complaint as if fully set out hereto.

91. Admitted that Plaintiff's Exhibit 13 speaks for itself.

92. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

93. Admitted that Plaintiff's Exhibit 14 speaks for itself.

94. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

95. Admitted that Plaintiff's Exhibit 15 speaks for itself.

96. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

97. Admitted that Plaintiff's Exhibit 16 speaks for itself.

98. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

99. Admitted that Plaintiff's Exhibit 17 speaks for itself.

100. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

101. Admitted that Plaintiff's Exhibit 14 speaks for itself.

102. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

103.     It is admitted that Defendant Wilhelm had the ability to view cells from a computer in his office. All other allegations are denied.

104.     Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

105.     Admitted that Plaintiff's Exhibit 18 and 19 speaks for itself.

106.     Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

107.     Admitted that Plaintiff's Exhibit 20 speaks for itself.

108.     Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

109.     Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

110.     Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

111.     Admitted that Plaintiff's Exhibit 21 speaks for itself.

112.     Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

113.     Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

114.     Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

115.     Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

116.     Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

117.     Admitted that Plaintiff's Exhibit 22 speaks for itself.

118.     Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

119.     Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

120.     Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

121.     Admitted that Plaintiff's Exhibit 14 speaks for itself.

122.     Defendant Wilhelm is without knowledge or information sufficient to form a blief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

123.     Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

124.     Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

125.     Admitted that Plaintiff's Exhibit 23 speaks for itself.

126.     Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

127.     Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

128.     Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

COMPLIANCE WITH RULE 9(J)

129.     Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

130.     Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

## FIRST CAUSE OF ACTION

131.     Defendant Wilhelm repleads the responses to the prior paragraphs of the Second Amended Complaint as if fully set out hereto.

132.     Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

133.     Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

134.     Denied as to Defendant Wilhelm. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in this paragraph; therefore, they are denied.

135.     Denied as to Defendant Wilhelm. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in this paragraph; therefore, they are denied.

136.     Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

137.     Denied as to Defendant Wilhelm. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in this paragraph; therefore, they are denied.

138.     Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

139.     Denied as to Defendant Wilhelm. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in this paragraph; therefore, they are denied.

140.     Denied as to Defendant Wilhelm. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in this paragraph; therefore, they are denied.

141.     Denied as to Defendant Wilhelm. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in this paragraph; therefore, they are denied.

142.     Denied as to Defendant Wilhelm. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in this paragraph; therefore, they are denied.

SECOND CAUSE OF ACTION

143.     Defendant Wilhelm repleads the responses to the prior paragraphs of the Second Amended Complaint as if fully set out hereto.

144.     Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

145.     Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

146.     Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

147.     Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

148.     Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

149.     Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

150.     Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

151.     Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

## THIRD CAUSE OF ACTION

152.     Defendant Wilhelm repleads the responses to the prior paragraphs of the Second Amended Complaint as if fully set out hereto.

153.     Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

154.     Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

155.     Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

156.     Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

157.     Denied as to Defendant Wilhelm. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in this paragraph; therefore, they are denied.

158.     Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

159.     Denied as to Defendant Wilhelm. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in this paragraph; therefore, they are denied.

160.     Denied as to Defendant Wilhelm. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in this paragraph; therefore, they are denied.

161.     Denied as to Defendant Wilhelm. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in this paragraph; therefore, they are denied.

162.     Denied as to Defendant Wilhelm. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in this paragraph; therefore, they are denied.

163.     Denied as to Defendant Wilhelm. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in this paragraph; therefore, they are denied.

164.     Denied as to Defendant Wilhelm. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in this paragraph; therefore, they are denied.

165.     Denied as to Defendant Wilhelm. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in this paragraph; therefore, they are denied.

166.     Denied as to Defendant Wilhelm. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in this paragraph; therefore, they are denied.

167.      Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

168.     Denied as to Defendant Wilhelm. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in this paragraph; therefore, they are denied.

FOURTH CUASE OF ACTION

169.     Defendant Wilhelm repleads the responses to the prior paragraphs of the Second Amended Complaint as if fully set out hereto.

170.     Denied as to Defendant Wilhelm. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in this paragraph; therefore, they are denied.

171.     Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

172.     Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

173.     Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

174.     Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

175.     Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

176.     Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

177.     Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

178.     Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

179.     Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

180.     Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

181.     Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.


<u>FIFTH CAUSE OF ACTION</u>

182.     Defendant Wilhelm repleads the responses to the prior paragraphs of the Second Amended Complaint as if fully set out hereto.

183.     Denied as to Defendant Wilhelm. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in this paragraph; therefore, they are denied.

184.     Denied as to Defendant Wilhelm. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in this paragraph; therefore, they are denied.

185.     Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

186.     Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph; therefore, they are denied.

## SIXTH CAUSE OF ACTION

187.     Defendant Wilhelm repleads the responses to the prior paragraphs of the Second Amended Complaint as if fully set out hereto.

188.     Denied as to Defendant Wilhelm. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in this paragraph; therefore, they are denied.

## SEVENTH CAUSE OF ACTION

189.     Defendant Wilhelm repleads the responses to the prior paragraphs of the Second Amended Complaint as if fully set out hereto.

190.     Denied as to Defendant Wilhelm. Defendant Wilhelm is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in this paragraph; therefore, they are denied.

## JURY DEMAND

191.     No responsive pleading is required of this paragraph.

WHEREFORE, Defendant Wilhelm prays the Court:

1. That Plaintiff have and recover nothing from this answering Defendant, and this action be dismissed with prejudice;

2.  That the cost of this action, including reasonable attorney's fees, be taxed against Plaintiff;

3.  For a jury trial on all issues so triable; and

4.  For such other and further relief as the court deems just and proper.


This the 15th day of June 2019.


/s/ Thomas J. Doughton
Thomas J. Doughton
NC State Bar No. 16611
*Attorneys for Defendant Charles J Wilhelm*
DOUGHTON  BLANCATO PLLC
500 West Fourth Street, Suite 203A
Winston-Salem, NC  27101
Telephone: (336) 725-9416
Facsimile: (336) 725-5129
td@DRBattorneys.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 15th day of June 2019 I electronically filed the foregoing **ANSWER OF DEFENDANT CHARLES J WILHELM TO SECOND AMENDED COMPLAINT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

| | |
|---|---|
| Stephen P. Agan | Sean F. Perrin |
| stevea@hylerlopez.com | Sean.perrin@wbd-us.com |
| | |
| Patrick H. Flanagan | George B. Hyler, Jr. |
| ph@cshlaw.com | George@hylerlopez.com |
| | |
| John M. Olesiuk | B. Todd Lentz |
| jmogoduke@aol.com | BTLentz@hotmail.com |

This the 15th day of June 2019.

/s/ Thomas J. Doughton
Thomas J. Doughton
NC State Bar No. 16611
*Attorney for Defendant Charles J Wilhelm*
DOUGHTON  BLANCATO PLLC
500 West Fourth Street, Suite 203A
Winston-Salem, NC  27101
Telephone: (336) 725-9416
Facsimile: (336) 725-5129
td@DRBattorneys.com