UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:18 CV 322

| | |
|---|---|
| IRENE WARREN KENT, Administratrix of the Estate of Michele Quantele Smiley,<br><br>    Plaintiff,<br>v.<br><br>VAN DUNCAN, in his official capacity as Sheriff of Buncombe County, et al.<br><br>    Defendants. | **STIPULATION OF DISMISSAL (MEDICAL DEFENDANTS)** |

NOW COME the Plaintiff, Irene Warren Kent, and Defendants Tina Cox Miller and Southeast Correctional Medical Group, PLLC (collectively, the "Medical Defendants"), through the undersigned counsel, and hereby stipulate to a dismissal with prejudice of all claims of the Plaintiff against the Medical Defendants in this action, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

This the 10th day of February, 2020.

By: /s/ Stephen P. Agan
Stephen P. Agan, State Bar #35763
George B. Hyler, Jr., State Bar #5682
*Attorneys for Plaintiff*
Hyler & Agan, PLLC
38 Orange Street
Asheville, NC 28801
Telephone: (828) 254-1070
Facsimile: (828) 254-1071

steve@hylerandagan.com
george@hylerandagan.com

By: /s/ John M. Olesiuk
John M. Olesiuk, State Bar #13637
B. Todd Lentz, State Bar #27941
*Attorneys for Plaintiff*
DeVere Lentz & Associates
30 Choctaw Street, 2nd Floor
Asheville, NC 28801
Telephone: (828) 258-1441
Facsimile: (828) 258-1454
jmolesiuk@lentzlaw.com
btlentz@lentzlaw.com

By: /s/ Patrick H. Flanagan
Patrick H. Flanagan, State Bar #17407
*Attorney for Defendants Southeast Correctional Medical Group, PLLC and Tina Cox Miller*
Post Office Box 30787
Charlotte, North Carolina 28230
Telephone: (704) 332-8300
Facsimile: (704) 332-9994
phf@cshlaw.com